**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Auto House, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-3869491 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 245 West Highway 56<br>Galva, KS 67443<br>Number, Street, City, State & ZIP Code | PO Box 488<br>Galva, KS 67443<br>P.O. Box, Number, Street, City, State & ZIP Code |
| McPherson<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | https://www.towkansas.com/ |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4884

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

              Contact name    _____

              Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 31, 2025
                MM / DD / YYYY

**X** /s/ Eric Unruh                          Eric Unruh
Signature of authorized representative of debtor    Printed name

Title    Vice President

**18. Signature of attorney**

**X** /s/ Colin Gotham                        Date    May 31, 2025
Signature of attorney for debtor                      MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700    Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

| | |
|---|---|
| Debtor name | Auto House, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Admin District Counsel 220 W Douglas Avenue Suite 450 Wichita, KS 67202 | | Blanket Lien | | $2,100,000.00 | $0.00 | $2,100,000.00 |
| AHT Transport, LLC 245 West Highway 56 Galva, KS 67443 | | Unsecured Debt (Insider of the Debtor) | | | | $1,700,000.00 |
| Velocity Capital Group, LLC 333 Pearsall Avenue Cedarhurst, NY 11516 | | No Equity in Alleged Collateral | | $300,000.00 | $0.00 | $300,000.00 |
| Northland Capital 333 33rd Avenue South Saint Cloud, MN 56301 | | 2022 Timpte Hopper | | $40,000.00 | $2,000.00 | $38,000.00 |
| ACG Equipment Finance 9436 Hamilton Drive Mentor, OH 44060 | | T144 '22 Kerrbilt Trailer 1 J9GF4027NB253130 | | $45,093.94 | $12,000.00 | $33,093.94 |
| Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 173 '17 Chevy Tahoe 1GNSKBKC9HR174119 | | $29,188.40 | $15,000.00 | $14,188.40 |
| BlueCross BlueShield BCBS of Kansas PO Box 1402 Topeka, KS 66601 | | Employee Health Insurance | | | | $12,941.14 |
| ACG Equipment Finance 9436 Hamilton Drive Mentor, OH 44060 | | T147 MaxxD Dump Trailer 5R8GD2026NM096712 | | $15,576.07 | $5,000.00 | $10,576.07 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACG Equipment Finance 9436 Hamilton Drive Mentor, OH 44060 | | T145 '22 Doonan Stepdeck 1D9BG5326N1609 008 ($25,000.00) T144 '22 Kerrbilt Trailer 1 J9GF4027NB25313 0 ($12,000.00) | | $45,093.94 | $37,000.00 | $8,093.94 |
| Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 154 '19 GMC Canyon 1GTG6EEN2K1205 461 | | $22,158.82 | $15,000.00 | $7,158.82 |
| Inland Truck Parts Company 2300 North 9th Street Salina, KS 67401 | | Trade Debt | | | | $6,849.90 |
| Headway Capital 175 West Jackson Blvd. Suite 1000 Chicago, IL 60604 | | Funding Loan | | | | $6,574.80 |
| Hampel Oil PO Box 875477 Kansas City, MO 64187-5477 | | Trade Debt | | | | $2,972.82 |
| Freightliner Truck Center 2552 North 9th Street Salina, KS 67401 | | Trade Debt | | | | $2,737.08 |
| GTG Peterbilt 11118 West Kellogg Drive Wichita, KS 67209 | | Trade Debt | | | | $2,114.91 |
| Colonial Life PO Box 903 Columbia, SC 29202-0903 | | Employee Life Insurance | | | | $1,800.97 |
| Lampton Welding Supply Co. Inc PO Box 765 Wichita, KS 67201 | | Trade Debt | | | | $1,792.98 |
| MHC Kenworth 2301 North Ohio Street Salina, KS 67401 | | Trade Debt | | | | $1,559.59 |
| Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 150 '13 Chevy service truck 1GBOCVCGODF1 30946 | | $9,810.92 | $8,500.00 | $1,310.92 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Midway Motors PO Box 966 2075 East Kansas Avenue McPherson, KS 67460 | | Services Provided | | | | $1,026.79 |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $200.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Farmers State Bank | Checking | | $2,306.00 |
| 3.2. | Farmers State Bank | Checking (Escrow) | | $400.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $2,906.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor  Auto House, Inc.                                    Case number (If known) _____
        Name

■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        119,197.63    –        25,000.00    = ....        $94,197.63
                             _____          _____            _____
                               face amount          doubtful or uncollectible accounts

11b. Over 90 days old:           152,904.16    –       152,904.16    = ....             $0.00
                             _____          _____            _____
                               face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                    ┌─────────────────┐
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82. │    $94,197.63   │
                                                                             └─────────────────┘

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks & Chairs | $0.00 | Liquidation | $700.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers & Printers | $0.00 | Liquidation | $500.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42. Copy the total to line 86. |

$1,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   81 '17 Peterbilt 389 Rotator<br>1NPXX4EX7HD388204 | $0.00 | Liquidation | $375,000.00 |
| 47.2.   76 '05 Freightliner Columbia<br>1FUJA6CK55LU11393 | $0.00 | Liquidation | $5,000.00 |
| 47.3.   156 '20 Freightliner Rollback 1<br>FVACWFC2LHKX3791 | $0.00 | Liquidation | $38,000.00 |
| 47.4.   150 '13 Chevy service truck<br>1GBOCVCGODF130946 | $0.00 | Liquidation | $8,500.00 |
| 47.5.   T135 '19 MaxxD Slidex trailer<br>5R8GF3223KM064356 | $0.00 | Liquidation | $12,000.00 |
| 47.6.   T138 '22 MaxxD car trailer<br>5R8BC2223NM090666 | $0.00 | Liquidation | $5,000.00 |
| 47.7.   T159 Aluma tilt trailer<br>1YGHD1412PB250632 | $0.00 | Liquidation | $3,000.00 |
| 47.8.   T151 '22 Great Dane 1 GR 1 A0622N<br>B332050 | $0.00 | Liquidation | $7,500.00 |
| 47.9.   T86 Reefer Trailer 1 UYVS253XBU054501 | $0.00 | Liquidation | $5,000.00 |
| 47.10.   T159 Aluma trailer 1YGHD1412PB250632 | $0.00 | Liquidation | $1,500.00 |

| | | | |
|---|---|---|---|
| 47.11. | 173 '17 Chevy Tahoe<br>1GNSKBKC9HR174119 | $0.00 | Liquidation | $15,000.00 |
| 47.12. | 154 '19 GMC Canyon<br>1GTG6EEN2K1205461 | $0.00 | Liquidation | $15,000.00 |
| 47.13. | T147 MaxxD Dump Trailer<br>5R8GD2026NM096712 | $0.00 | Liquidation | $5,000.00 |
| 47.14. | T145 '22 Doonan Stepdeck<br>1D9BG5326N1609008 ($25,000.00)<br>T144 '22 Kerrbilt Trailer 1<br>J9GF4027NB253130 ($12,000.00) | $0.00 | Liquidation | $37,000.00 |
| 47.15. | T144 '22 Kerrbilt Trailer 1<br>J9GF4027NB253130 | $0.00 | Liquidation | $12,000.00 |
| 47.16. | '24 Canam Defender<br>3JBUUAX41RK006600 | $0.00 | Liquidation | $15,000.00 |
| 47.17. | '23 Canam Maverick<br>3JBVXAV47NE000162 | $0.00 | Liquidation | $12,500.00 |
| 47.18. | 2006 Peterbilt 379 Class 8 Sleeper<br>Owned by AHT Transport, LLC | $0.00 | Liquidation | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 128 '21 JD 333G Skid Steer 1<br>T0333GMHLF390167 | $0.00 | Liquidation | $65,000.00 |
| 132 Doosan forklift FGAD8179006534 | $0.00 | Liquidation | $15,000.00 |
| JD 3039 tractor 1LV3039RKMM106259 | $0.00 | Liquidation | $15,500.00 |
| JD 5075 tractor 1 PY5075EKPR425556 | $0.00 | Liquidation | $38,000.00 |
| Shop Tools & Equipment | $0.00 | Liquidation | $5,000.00 |
| Truck Scanner | $0.00 | Liquidation | $12,000.00 |
| 2022 Timpte Hopper | $0.00 | Liquidation | $2,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $724,500.00 |
    | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. 245 1/2 West Highway 56, Galva, KS 67443 Legal Description is attached to Schedule A/B and labeled as Attachment A. Debtor disputes the listed County appraised value. Debtor believes the value does not exceed $500,000. | | $0.00 | Liquidation | $1,002,210.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $1,002,210.00 |
    | --- |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

Debtor   Auto House, Inc.     Case number *(If known)* _____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** https://www.towkansas.com/ | $0.00 | Liquidation | $0.00 |

**62.**   **Licenses, franchises, and royalties**

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Debtor __Auto House, Inc._____  Case number *(if known)* _____
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,906.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $94,197.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $724,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $1,002,210.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $822,803.63 | + 91b. $1,002,210.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,825,013.63 |

# SCHEDULE A/B - PROPERTY
## Attachment A

Legal Description of Real Property:

A portion of the Northwest Quarter of the Northeast Quarter of Section 28, Township 19 South, Range 2 West of the 6th P.M., described as follows:

Beginning at the Northeast corner of the Northwest Quarter of the Northeast Quarter of said Section 28; thence South along the East line of the Northwest Quarter of said Northeast Quarter 1324.27 feet to the Southeast corner of the Northwest Quarter of the Northeast Quarter; thence with a deflection angle 89 degrees 02 minutes 10 seconds right-West along the South line of the Northwest Quarter of said Northeast Quarter 773.34 feet; thence with a deflection angle 88 degrees 53 minutes 53 seconds right-North 821.80 feet; thence with a deflection angle 90 degrees 11 minutes 28 seconds right-East 668.45 feet; thence with a deflection angle 88 degrees 07 minutes 31 seconds left-North parallel with the East line of the Northwest Quarter of said Northeast Quarter 492.00 feet to the North line of said Northeast Quarter; thence with a deflection angle 89 degrees 05 minutes 19 seconds right-East along the North line of the Northwest Quarter of said Northeast Quarter 134.79 feet to the point of beginning, McPherson County, Kansas

EXCEPT a tract described as follows:

Commencing at the Northeast corner of said Northwest Quarter of the Northeast Quarter, said Section 28; thence South 00 degrees 00 minutes 00 seconds West (assumed) along the East line of said Northwest Quarter of the Northeast Quarter for 489.73 feet; thence South 88 degrees 07 minutes 31 seconds West for 134.83 feet; thence North 00 degrees 00 minutes 00 seconds East for 492.00 feet to the North line of the Northeast Quarter; thence North 89 degrees 05 minutes 16 seconds East for 134.79 feet to the point of beginning, McPherson County, Kansas.

Fill in this information to identify the case:

Debtor name     Auto House, Inc.

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | ACG Equipment Finance | Describe debtor's property that is subject to a lien | $15,576.07 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | T147 MaxxD Dump Trailer<br>5R8GD2026NM096712 | | |

9436 Hamilton Drive
Mentor, OH 44060

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | ACG Equipment Finance | Describe debtor's property that is subject to a lien | $45,093.94 | $37,000.00 |
|---|---|---|---|---|
| | Creditor's Name | T145 '22 Doonan Stepdeck<br>1D9BG5326N1609008 ($25,000.00)<br>T144 '22 Kerrbilt Trailer 1 J9GF4027NB253130<br>($12,000.00) | | |

9436 Hamilton Drive
Mentor, OH 44060

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | ACG Equipment Finance | Describe debtor's property that is subject to a lien | $45,093.94 | $12,000.00 |

**Creditor's Name**

T144 '22 Kerrbilt Trailer 1 J9GF4027NB253130

9436 Hamilton Drive
Mentor, OH 44060

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Ally Financial | Describe debtor's property that is subject to a lien | $9,810.92 | $8,500.00 |

**Creditor's Name**

150 '13 Chevy service truck
1GBOCVCGODF130946

PO Box 380901
Minneapolis, MN 55438

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Ally Financial | Describe debtor's property that is subject to a lien | $29,188.40 | $15,000.00 |

**Creditor's Name**

173 '17 Chevy Tahoe 1GNSKBKC9HR174119

PO Box 380901
Minneapolis, MN 55438

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**

■ No

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Ally Financial | Describe debtor's property that is subject to a lien | $22,158.82 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 380901
Minneapolis, MN 55438

Creditor's mailing address

154 '19 GMC Canyon 1GTG6EEN2K1205461

**Describe the lien**
Automobile Loan
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Blue Bridge Financial | Describe debtor's property that is subject to a lien | $0.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

11921 Freedom Drive
Suite 1130
Reston, VA 20190

Creditor's mailing address

2006 Peterbilt 379 Class 8 Sleeper
Owned by AHT Transport, LLC

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | DEERE & COMPANY | Describe debtor's property that is subject to a lien | $14,854.06 | $15,500.00 |
|---|---|---|---|---|

Creditor's Name

JD 3039 tractor 1LV3039RKMM106259

One John Deere Place
Moline, IL 61265

Creditor's mailing address

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | DEERE & COMPANY | Describe debtor's property that is subject to a lien | $37,608.92 | $38,000.00 |

Creditor's Name

JD 5075 tractor 1 PY5075EKPR425556

One John Deere Place
Moline, IL 61265

Creditor's mailing address

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.10 | NewLane Finance Company | Describe debtor's property that is subject to a lien | $11,385.99 | $12,000.00 |

Creditor's Name

Truck Scanner

123 South Broad Street
Philadelphia, PA 19109-1000

Creditor's mailing address

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** Northland Capital
_____
Creditor's Name

333 33rd Avenue South
Saint Cloud, MN 56301
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2022 Timpte Hopper

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$40,000.00    $2,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** Sherffield Financial
_____
Creditor's Name

PO Box 580229
Charlotte, NC 28258-0229
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
'24 Canam Defender 3JBUUAX41RK006600

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00    $15,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** Sherffield Financial
_____
Creditor's Name

PO Box 580229
Charlotte, NC 28258-0229
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
'23 Canam Maverick 3JBVXAV47NE000162

**Describe the lien**

$0.00    $12,500.00

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | Small Business Admin | | $2,100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

District Counsel
220 W Douglas Avenue
Suite 450
Wichita, KS 67202

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | The Marion National Bank | | $60,000.00 | $375,000.00 |
|---|---|---|---|---|

Creditor's Name

302 East Main Street
Marion, KS 66861

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
81 '17 Peterbilt 389 Rotator
1NPXX4EX7HD388204

**Describe the lien**
Cross Collateralized

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 9

| Debtor | Auto House, Inc. | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | The Marion National Bank | | | $0.00 | $5,000.00 |
|-------|--------------------------|--|--|-------|-----------|

Creditor's Name

302 East Main Street
Marion, KS 66861

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
76 '05 Freightliner Columbia
1FUJA6CK55LU11393

**Describe the lien**
Cross Collateralized

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | The Marion National Bank | | | $0.00 | $38,000.00 |
|-------|--------------------------|--|--|-------|------------|

Creditor's Name

302 East Main Street
Marion, KS 66861

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
156 '20 Freightliner Rollback 1
FVACWFC2LHKX3791

**Describe the lien**
Cross Collateralized

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | The Marion National Bank | | | $0.00 | $5,000.00 |
|-------|--------------------------|--|--|-------|-----------|

Creditor's Name

302 East Main Street
Marion, KS 66861

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
T86 Reefer Trailer 1 UYVS253XBU054501

**Describe the lien**
Cross Collateralized

---

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.19 | Velocity Capital Group, LLC | | $300,000.00 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>No Equity in Alleged Collateral | | |
|  | 333 Pearsall Avenue<br>Cedarhurst, NY 11516 | | | |
|  | Creditor's mailing address | **Describe the lien**<br>Alleged  UCC | | |
|  |  | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Date debt was incurred** | | | |
|  | **Last 4 digits of account number** | | | |
|  | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,730,771.06

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| American Bank, NA<br>PO Box 342573<br>Austin, TX 78734 | Line  2.1 |  |
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line  2.14 |  |
| John Deere Credit<br>6400 NW 86th Street<br>Johnston, IA 50131 | Line  2.8 |  |

| | |
|---|---|
| John Deere Credit<br>6400 NW 86th Street<br>Johnston, IA 50131 | Line  2.9 |
| Naftali Nathan Wein<br>Wein Law Firm<br>333 Pearsall Avenue, Suite 130<br>Cedarhurst, NY 11516 | Line  2.19 |
| Sherffield Financial<br>6010 Golding Center Drive<br>Winston Salem, NC 27103 | Line  2.12 |
| Sherffield Financial<br>6010 Golding Center Drive<br>Winston Salem, NC 27103 | Line  2.13 |
| Small Business Administration<br>District Counsel<br>Richard Bolling Federal Bldg<br>601 E 12th St Room 965<br>Kansas City, MO 64106 | Line  2.14 |
| US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line  2.14 |
| US Small Business Admin.<br>1000 Walnut St., Ste. 500<br>Kansas City, MO 64106 | Line  2.14 |

Debtor name __Auto House, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Advance Insurance Company of Kansas
PO Box 2517
Topeka, KS 66601-2517

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance Coverage__

Is the claim subject to offset? ■ No ☐ Yes

$233.03

---

**3.2** | **Nonpriority creditor's name and mailing address**
AF Welding & Manufacturing LLC
101 Industrial Drive
PO Box
Inman, KS 67546

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$231.94

---

**3.3** | **Nonpriority creditor's name and mailing address**
AG Power Inc / Car Quest
603 Orchard Drive
Hillsboro, KS 67063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$23.99

---

**3.4** | **Nonpriority creditor's name and mailing address**
AHT Transport, LLC
245 West Highway 56
Galva, KS 67443

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unsecured Debt (Insider of the Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

$1,700,000.00

**3.5** | Nonpriority creditor's name and mailing address
AutoZone Store 01620
2068 East Kansas Avenue
McPherson, KS 67460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*       $129.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
Bank Card Center
PO Box 31535
Tampa, FL 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4424

As of the petition filing date, the claim is: *Check all that apply.*       $372.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
Bank Card Center
PO Box 31535
Tampa, FL 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4523

As of the petition filing date, the claim is: *Check all that apply.*       $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
Bank Card Center
PO Box 31535
Tampa, FL 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3376

As of the petition filing date, the claim is: *Check all that apply.*       $363.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
Bank Card Center
PO Box 31535
Tampa, FL 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4010

As of the petition filing date, the claim is: *Check all that apply.*       $231.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
Bank Card Center
PO Box 31535
Tampa, FL 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4515

As of the petition filing date, the claim is: *Check all that apply.*       $1,026.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases Used for Business

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
Bishop Lifiting
1775 South West Street
Wichita, KS 67213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*       $65.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auto House, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,941.14 |
|---|---|---|---|

BlueCross BlueShield
BCBS of Kansas
PO Box 1402
Topeka, KS 66601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Employee Health Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.97 |
|---|---|---|---|

Colonial Life
PO Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Employee Life Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.10 |
|---|---|---|---|

Donovan Auto & Trucking Center
5800 West Kellogg
PO Box 12710
Wichita, KS 67277-2710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $536.12 |
|---|---|---|---|

FleetPride
PO Box 847118
Dallas, TX 75284-7118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,737.08 |
|---|---|---|---|

Freightliner Truck Center
2552 North 9th Street
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.20 |
|---|---|---|---|

Galva Tire & Auto
235 West Highway 56
PO Box 265
Galva, KS 67443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $561.92 |
|---|---|---|---|

Globe Life
Attn: LM Worksite Billing Dept
PO Box 248889-73124
Oklahoma City, OK 73124-8889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Employee Life Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auto House, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.98 |
|---|---|---|---|

Graber's Ace
319 North Main Street
PO Box 1014
McPherson, KS 67460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,114.91 |
|---|---|---|---|

GTG Peterbilt
11118 West Kellogg Drive
Wichita, KS 67209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,972.82 |
|---|---|---|---|

Hampel Oil
PO Box 875477
Kansas City, MO 64187-5477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,574.80 |
|---|---|---|---|

Headway Capital
175 West Jackson Blvd.
Suite 1000
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Funding Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,849.90 |
|---|---|---|---|

Inland Truck Parts Company
2300 North 9th Street
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $288.10 |
|---|---|---|---|

Kansasland Tire and Service
684 South Broadway
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,792.98 |
|---|---|---|---|

Lampton Welding Supply Co. Inc
PO Box 765
Wichita, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auto House, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $841.88

Lytx, Inc.
9785 Towne Centre Drive
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Fleet Tracking Service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,559.59

MHC Kenworth
2301 North Ohio Street
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,026.79

Midway Motors
PO Box 966
2075 East Kansas Avenue
McPherson, KS 67460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.98

O'Riley Auto Parts Store 284
1101 East 30th
Hutchinson, KS 67502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506.74

Professional Cleaning Systems, Inc.
PO Box 63
Hillsboro, KS 67063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $339.84

Quill
PO Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00

Reach Solutions
PO Box 485
McPherson, KS 67460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Rose Motor Supply<br>109 East Sherman<br>Hutchinson, KS 67501 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.48 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade Debt _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Rush Truck Center<br>1944A North 9th Street<br>Salina, KS 67401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade Debt _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Stewart's Sports & Awards<br>117 North Main Street<br>McPherson, KS 67460 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $256.97 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade Debt _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>The Santa Fe Way<br>PO Box 68<br>Gypsum, KS 67448 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51.18 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Services Provided _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>UniFirst Corporation<br>PO Box 650481<br>Dallas, TX 75265-0481 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $316.11 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade Debt _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Wetlands Irrigation & Turf, LLC<br>2095 Indutrial Drive<br>Galva, KS 67443 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $409.93 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Services Provided _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>WKI Wichita Kenworth<br>5115 North Broadway<br>Wichita, KS 67219 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.24 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade Debt _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Auto House, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.99 |

Zips Truck Equipment Inc.
PO Box 511
316 West Milwaukee
New Hampton, IA 50659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,748,451.90 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,748,451.90 |

Fill in this information to identify the case:

Debtor name   Auto House, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Oral lease from Debtor to AHT Tranport, LLC. AHT Tranport, LLC is co-debtor and makes all payments to Blue Brindge Financial, Inc. |
| State the term remaining | |
| List the contract number of any government contract | AHT Tranport, LLC<br>245 West Highway 56<br>Galva, KS 67443 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Oral lease of 245 West Highway 56 and ajoining land. The lease provides for the payment of taxes, insurance, maintenance and other costs. The Debtor makes the payments directly to the various creditors. |
| State the term remaining | |
| List the contract number of any government contract | Auto House Real Properties, LLC<br>245 West Highway 56<br>Galva, KS 67443 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
)
AUTO HOUSE, INC., ) Case No.
) Chapter 11
_____ DEBTOR. )

## DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF
## COMPLIANCE WITH FED. R. BANKR. P. 7007.1 AND LOCAL RULE 1007-1

Comes now the Debtor, Auto House, Inc., and hereby makes the following statements and

declarations under penalty of perjury regarding the following documents required by Fed. R.

Bankr. P. 7007.1 and Local Rule 1007.1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet as of 12/31/2024 is attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement has not been prepared, however a Profit and Loss Statement as

   of 12/31/2024 is attached hereto.

5. The 2023 Federal Income Tax Returns are attached hereto.

Auto House, Inc.

_____

By: Eric Unruh
Vice President

Debtor name ___Auto House, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF KANSAS___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 AHT Tranport, LLC | 245 West Highway 56<br>Galva, KS 67443 | Blue Bridge Financial | ☑ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 AHT Transport | 245 West Highway 56<br>Galva, KS 67443<br>Party did not execute a guarantee, however the creditor has listed them as a guarantor. | Velocity Capital Group, LLC | ☑ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Auto House Collision & Towing, LLC | 245 West Highway 56<br>Galva, KS 67443<br>Party did not execute a guarantee, however the creditor has listed them as a guarantor. | Velocity Capital Group, LLC | ☑ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Auto House Towing & Recovery, LLC | 245 West Highway 56<br>Galva, KS 67443<br>Party did not execute a guarantee, however the creditor has listed them as a guarantor. | Velocity Capital Group, LLC | ☑ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Auto House, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Chris Unruh | 321 Westview<br>Galva, KS 67443 | Small Business Admin | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Chris Unruh | 321 Westview<br>Galva, KS 67443 | Velocity Capital Group, LLC | ■ D  2.19<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Eric Unruh | 245 1/2 West Highway 56<br>Galva, KS 67443 | Small Business Admin | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Eric Unruh | 245 1/2 West Highway 56<br>Galva, KS 67443 | Velocity Capital Group, LLC | ■ D  2.19<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Galen Unruh | 245 1/2 West Highway 56<br>Galva, KS 67443 | Small Business Admin | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Kansas Environmental Clean-Up, LLC | 245 West Highway 56<br>Galva, KS 67443<br>Party did not execute a guarantee, however the creditor has listed them as a guarantor. | Velocity Capital Group, LLC | ■ D  2.19<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Sharon Unruh | 245 1/2 West Highway 56<br>Galva, KS 67443 | Small Business Admin | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name    Auto House, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $    1,002,210.00

    1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................    $    822,803.63

    1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................    $    1,825,013.63

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    2,730,771.06

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    1,748,451.90

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b        $    4,479,222.96

| Fill in this information to identify the case: |

Debtor name    Auto House, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>May 31, 2025</u>    **X** /s/ Eric Unruh
_____
Signature of individual signing on behalf of debtor

Eric Unruh
_____
Printed name

Vice President
_____
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                                    )
                                          )
AUTO HOUSE, INC.,                         )        Case No.
                                          )        Chapter 11
_____ DEBTOR.          )

### DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF
### COMPLIANCE WITH FED. R. BANKR. P. 7007.1 AND LOCAL RULE 1007-1

Comes now the Debtor, Auto House, Inc., and hereby makes the following statements and

declarations under penalty of perjury regarding the following documents required by Fed. R.

Bankr. P. 7007.1 and Local Rule 1007.1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet as of 12/31/2024 is attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement has not been prepared, however a Profit and Loss Statement as

   of 12/31/2024 is attached hereto.

5. The 2023 Federal Income Tax Returns are attached hereto.


                    Auto House, Inc.


                    _____
                    By: Eric Unruh
                    Vice President

**RESOLUTIONS BY
THE MEMBERS/SHAREHOLDERS OF
AUTO HOUSE, INC.**

At a meeting of all of the Members/Shareholders of Auto House, Inc., duly held at the office of said Company/Corporation on the 31st day of May 2025, the following Resolutions were adopted:

RESOLVED: that Auto House, Inc. will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys for Auto House, Inc. in this bankruptcy proceeding; and

RESOLVED: that Eric Unruh, Vice President of Auto House, Inc., is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of Auto House, Inc. to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

_____
By: Eric Unruh
Vice President

STATE OF KANSAS          )
                         ) ss:
COUNTY OF JOHNSON         )

Eric Unruh, being duly sworn, says that he is the Vice President of Auto House, Inc., a corporation/company of the of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on this 31st day of May 2025.

_____
By: Eric Unruh
Vice President
Auto House, Inc.

Subscribed and sworn to before me this 31st day of May 2025.



_____
Notary Public

4915-7870-1640, v. 1

# Auto House Inc

## Balance Sheet

### As of December 31, 2024

|  | TOTAL | | |
| --- | --- | --- | --- |
|  | AS OF DEC 31, 2024 | AS OF DEC 31, 2023 (PY) | CHANGE |
| **ASSETS** | | | |
| Current Assets | | | |
| Bank Accounts | | | |
| FSB Check - 1147 | -14,758.50 | -7,714.11 | -7,044.39 |
| FSB Escrow-502847          x | 2,439.93 | 63.52 | 2,376.41 |
| MKCU 10850-1 | 217.62 | 217.18 | 0.44 |
| MKCU-6675-01 | 0.00 | 0.00 | 0.00 |
| Payroll Clearing | 0.00 | 0.00 | 0.00 |
| **Total Bank Accounts** | **$ -12,100.95** | **$ -7,433.41** | **$ -4,667.54** |
| Accounts Receivable | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 |
| Small Claims Judgements | 0.00 | 0.00 | 0.00 |
| **Total Accounts Receivable** | **$0.00** | **$0.00** | **$0.00** |
| Other Current Assets | | | |
| Big Iron Receivable | 0.00 | 0.00 | 0.00 |
| Employee Advances | 3,649.56 | 7,050.00 | -3,400.44 |
| Eric Unruh - Truck Payment | 0.00 | 0.00 | 0.00 |
| Inventory Asset | 0.00 | 0.00 | 0.00 |
| Investments -Robinhood Funds | 500.00 | 500.00 | 0.00 |
| Pay to Kalin Heim | 2,551.00 | 2,551.00 | 0.00 |
| Pay to McKaleb Unruh | 0.00 | | 0.00 |
| Uncategorized Asset | 0.00 | 0.00 | 0.00 |
| Undeposited Funds | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | **$6,700.56** | **$10,101.00** | **$ -3,400.44** |
| **Total Current Assets** | **$ -5,400.39** | **$2,667.59** | **$ -8,067.98** |
| Fixed Assets | | | |
| Accumulated Depreciation | -2,877,592.54 | -2,768,809.11 | -108,783.43 |
| Buildings - Residence | 1,949,480.85 | 1,949,480.85 | 0.00 |
| Deposit - Assets | 2,000.00 | 2,000.00 | 0.00 |
| Galva Buildings | 188,762.23 | 188,762.23 | 0.00 |
| Galva Equipment & Tools | 1,042,959.89 | 1,016,510.45 | 26,449.44 |
| Galva Ground Assets, Fence | 105,937.14 | 105,937.14 | 0.00 |
| Hutchinson Equipment | 0.00 | 0.00 | 0.00 |
| Hutchinson Property | 0.00 | 0.00 | 0.00 |
| Land - Residence | 100,000.00 | 100,000.00 | 0.00 |

# Auto House Inc

## Balance Sheet

### As of December 31, 2024

| | TOTAL | | |
|---|---|---|---|
| | AS OF DEC 31, 2024 | AS OF DEC 31, 2023 (PY) | CHANGE |
| Land-Galva | 83,243.50 | 83,243.50 | 0.00 |
| Marion Building | 0.00 | 0.00 | 0.00 |
| Marion Equipment & Tools | 10,840.29 | 10,840.29 | 0.00 |
| Marion Ground Assets, Fence | 0.00 | 0.00 | 0.00 |
| Marion Land | 0.00 | 0.00 | 0.00 |
| Newton Equipment | 0.00 | 0.00 | 0.00 |
| Newton Land | 0.00 | 0.00 | 0.00 |
| Salina Building | 0.00 | 0.00 | 0.00 |
| Salina Equipment | 151,000.15 | 151,000.15 | 0.00 |
| Salina Ground Assets, Fence | 0.00 | 0.00 | 0.00 |
| Shop Vehicles | 1,411,409.69 | 1,535,168.91 | -123,759.22 |
| **Total Fixed Assets** | **$2,168,041.20** | **$2,374,134.41** | **$ -206,093.21** |
| Other Assets | | | |
| Accumulated Amortization | -2,727.14 | -2,312.90 | -414.24 |
| Covenant not to Compete | 0.00 | 0.00 | 0.00 |
| Galen AR | 0.00 | 0.00 | 0.00 |
| Goodwill | 0.00 | 0.00 | 0.00 |
| Loan Costs | 8,285.00 | 8,285.00 | 0.00 |
| **Total Other Assets** | **$5,557.86** | **$5,972.10** | **$ -414.24** |
| **TOTAL ASSETS** | **$2,168,198.67** | **$2,382,774.10** | **$ -214,575.43** |
| LIABILITIES AND EQUITY | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Accounts Payable | | | |
| Accounts Payable | 0.00 | 0.00 | 0.00 |
| **Total Accounts Payable** | **$0.00** | **$0.00** | **$0.00** |
| Other Current Liabilities | | | |
| Due To / Due From | | | |
| Auto House Transport | 1,335,828.05 | 887,912.25 | 447,915.80 |
| Auto Recovery Solutions | -74,119.77 | -3,683.75 | -70,436.02 |
| Kansas Environmental Cleanup | 113,753.97 | 178,481.28 | -64,727.31 |
| Riding In Luxury | -11,937.78 | -1,238.45 | -10,699.33 |
| **Total Due To / Due From** | **1,363,524.47** | **1,061,471.33** | **302,053.14** |
| Kansas Department of Revenue ST Payable | 0.00 | 0.00 | 0.00 |
| Sales Tax Payable | 0.00 | 0.00 | 0.00 |

# Auto House Inc

## Balance Sheet

### As of December 31, 2024

| | TOTAL | | |
|---|---|---|---|
| | AS OF DEC 31, 2024 | AS OF DEC 31, 2023 (PY) | CHANGE |
| **Total Kansas Department of Revenue ST Payable** | 0.00 | 0.00 | 0.00 |
| Kansas Payment Center-Maintenan | 0.00 | 0.00 | 0.00 |
| N/P - Eric Unruh | 2,224.25 | 2,224.25 | 0.00 |
| Other Current Liability | 0.00 | | 0.00 |
| Payroll Liabilities | 0.00 | 0.00 | 0.00 |
| AFLAC-After TAX | 0.00 | 0.00 | 0.00 |
| AFLAC-PRETAX | 0.00 | 83.90 | -83.90 |
| Child Support / Garnishment | 0.00 | 0.00 | 0.00 |
| Colonial - After TAX | 0.00 | 0.00 | 0.00 |
| Colonial - PRETAX | 0.00 | 0.00 | 0.00 |
| HSA Bank | 0.00 | 1,281.00 | -1,281.00 |
| Kansas Payment Center | 0.00 | 0.00 | 0.00 |
| Medicare W/H | 0.00 | 0.00 | 0.00 |
| **Total Payroll Liabilities** | **0.00** | **1,364.90** | **-1,364.90** |
| Sales Tax Agency Payable | 0.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | **$1,365,748.72** | **$1,065,060.48** | **$300,688.24** |
| **Total Current Liabilities** | **$1,365,748.72** | **$1,065,060.48** | **$300,688.24** |
| Long-Term Liabilities | | | |
| FSB 607410 - Residence | 0.00 | 0.00 | 0.00 |
| FSB 607420 | 0.00 | 0.00 | 0.00 |
| FSB 608320 | 0.00 | 0.00 | 0.00 |
| Headway Capital | 15,597.42 | | 15,597.42 |
| JD - #592938 | 0.00 | 0.00 | 0.00 |
| JD 3039 Compact Utility Tractor | 16,127.32 | 21,220.36 | -5,093.04 |
| MNB 40037208 2018 Chevy Silvera | 0.00 | 0.00 | 0.00 |
| N/P - 2013 Chevy Silverado Unit 150 | 11,868.53 | 17,997.81 | -6,129.28 |
| N/P - 2017 Chevrolet Tahoe | 31,271.53 | | 31,271.53 |
| N/P - 2022 Kerr-bilt Trailer & Doonan Drop Deck | 66,300.64 | 89,372.08 | -23,071.44 |
| N/P - 2022 Timpte Hopper Trailer T136 | 29,296.08 | 38,375.78 | -9,079.70 |
| N/P - 2024 Chevy Silverado 1500 | 34,546.02 | 40,446.79 | -5,900.77 |
| N/P - EILD Loan | 1,999,767.00 | 1,999,767.00 | 0.00 |
| N/P - JD #00781 | 39,498.85 | | 39,498.85 |
| N/P - NewLane Finance | 12,421.08 | | 12,421.08 |
| N/P - Sheffield Loan | 39,864.38 | | 39,864.38 |
| N/P-2019 GMC Canyon | 24,101.66 | 28,801.78 | -4,700.12 |
| **Total Long-Term Liabilities** | **$2,320,660.51** | **$2,235,981.60** | **$84,678.91** |
| **Total Liabilities** | **$3,686,409.23** | **$3,301,042.08** | **$385,367.15** |

# Auto House Inc

## Balance Sheet

### As of December 31, 2024

| | TOTAL | | |
| --- | --- | --- | --- |
| | AS OF DEC 31, 2024 | AS OF DEC 31, 2023 (PY) | CHANGE |
| Equity | | | |
| Capital Stock | 2,000.00 | 2,000.00 | 0.00 |
| Distributions - Chris Unruh | -76.93 | -29,673.83 | 29,596.90 |
| Distributions - Eric Unruh | -76.93 | -7,338.83 | 7,261.90 |
| Distributions - Galen Unruh | 0.00 | 3,778.50 | -3,778.50 |
| Distributions - Sharon Unruh | 0.00 | 0.00 | 0.00 |
| Opening Bal Equity | 0.00 | 0.00 | 0.00 |
| Paid-In Capital or Surplus | 253,809.00 | 253,809.00 | 0.00 |
| Retained Earnings | -1,174,076.98 | -471,210.70 | -702,866.28 |
| Net Income | -599,788.72 | -669,632.12 | 69,843.40 |
| **Total Equity** | **$ -1,518,210.56** | **$ -918,267.98** | **$ -599,942.58** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,168,198.67** | **$2,382,774.10** | **$ -214,575.43** |

Case 25-20726　Doc# 1　Filed 05/31/25　Page 43 of 84

# Auto House Inc

## Profit and Loss

### January - December 2024

| | TOTAL | | |
|---|---|---|---|
| | JAN - DEC 2024 | JAN - DEC 2023 (PY) | CHANGE |
| Income | | | |
| Billable Expense Income | 213,644.45 | 172,828.94 | 40,815.51 |
| Collision Repair | 1,000.00 | | 1,000.00 |
| Rent Income | 13,386.75 | 23,340.00 | -9,953.25 |
| Storage Lot Auction | | 10,575.00 | -10,575.00 |
| Tow Service | 185,957.43 | 172,291.92 | 13,665.51 |
| Galva/McPherson Towing | 1,868,293.46 | 1,945,061.17 | -76,767.71 |
| **Total Tow Service** | **2,054,250.89** | **2,117,353.09** | **-63,102.20** |
| Unapplied Cash Payment Income | | 0.00 | 0.00 |
| Vehicle Sales McPh County 7.65% | 2,200.00 | 2,100.00 | 100.00 |
| **Total Income** | **$2,284,482.09** | **$2,326,197.03** | **$ -41,714.94** |
| Cost of Goods Sold | | | |
| A H Car & Truck Expenses | 8,565.58 | 17,446.82 | -8,881.24 |
| Fuel | 309,984.96 | 262,768.87 | 47,216.09 |
| Parts | 36,338.18 | 82,939.57 | -46,601.39 |
| Permits | 5,984.29 | 2,426.96 | 3,557.33 |
| Repairs & maintenance | 84,162.43 | 79,239.07 | 4,923.36 |
| Tires/Tire Repair | 456.57 | | 456.57 |
| Tolls | 7,338.39 | 5,662.72 | 1,675.67 |
| Truck Repairs & Maint | 17,586.98 | 29,770.42 | -12,183.44 |
| Truck/Trailer Wash | 6,385.46 | 4,294.61 | 2,090.85 |
| **Total A H Car & Truck Expenses** | **476,802.84** | **484,549.04** | **-7,746.20** |
| Payroll Expenses | 3,085.92 | 0.00 | 3,085.92 |
| Contract Labor | 13,030.80 | 724.97 | 12,305.83 |
| Payroll Taxes | 67,931.29 | 74,629.74 | -6,698.45 |
| Per Diem | 113,337.00 | 24,918.46 | 88,418.54 |
| Wages (less empl credit) | 852,490.05 | 914,351.80 | -61,861.75 |
| **Total Payroll Expenses** | **1,049,875.06** | **1,014,624.97** | **35,250.09** |
| **Total Cost of Goods Sold** | **$1,526,677.90** | **$1,499,174.01** | **$27,503.89** |
| **GROSS PROFIT** | **$757,804.19** | **$827,023.02** | **$ -69,218.83** |
| Expenses | | | |
| Advertising & Promotion | 21,463.12 | 37,402.15 | -15,939.03 |
| Auction Expense | 1,863.00 | 215.55 | 1,647.45 |
| Bad Debt Expense | | 750.00 | -750.00 |
| Bank Fees | 3,488.69 | 110.51 | 3,378.18 |
| Contract Services | | | |
| Cleaning Services | 6,075.00 | 8,040.00 | -1,965.00 |
| Dash Cams | | 1,578.54 | -1,578.54 |
| Drive Shops | 4,200.00 | 13,847.22 | -9,647.22 |
| Irrigation Maintenance and Repairs | 4,201.84 | 11,029.92 | -6,828.08 |

Case 25-20726    Doc# 1    Filed 05/31/25    Page 44 of 84

# Auto House Inc

## Profit and Loss

### January - December 2024

| | TOTAL | | |
|---|---|---|---|
| | JAN - DEC 2024 | JAN - DEC 2023 (PY) | CHANGE |
| Pest Control Service | 1,663.20 | 1,398.60 | 264.60 |
| Technology Support | 7,366.99 | 14,008.61 | -6,641.62 |
| Water Softener & Supplies | 3,125.40 | 8,630.93 | -5,505.53 |
| Wrecker Services | 10,113.00 | | 10,113.00 |
| **Total Contract Services** | **36,745.43** | **58,533.82** | **-21,788.39** |
| Credit Card/Transaction Fee | 43,182.02 | 75,256.54 | -32,074.52 |
| Customer Relations | | 0.00 | 0.00 |
| Damage Expense | 1,345.34 | | 1,345.34 |
| Depreciation Expense | 381,099.02 | 395,109.91 | -14,010.89 |
| Amortization Expense | 414.24 | 414.27 | -0.03 |
| **Total Depreciation Expense** | **381,513.26** | **395,524.18** | **-14,010.92** |
| Donations | 467.43 | 3,354.43 | -2,887.00 |
| Employee Expense (not including payroll) | | | |
| Drug/Alcohol Testing | 5,236.61 | 3,375.00 | 1,861.61 |
| Employee Appreciation | 874.31 | 3,233.22 | -2,358.91 |
| Employee Insurance | | | |
| Health Insurance Expense | 36,168.67 | 11,255.73 | 24,912.94 |
| Life Insurance | 27,569.13 | 21,359.04 | 6,210.09 |
| Medical/Dental | 91.83 | 1,512.30 | -1,420.47 |
| Workmen Comp | 40,719.88 | 60,650.79 | -19,930.91 |
| **Total Employee Insurance** | **104,549.51** | **94,777.86** | **9,771.65** |
| Uniforms | 1,798.37 | 4,389.17 | -2,590.80 |
| **Total Employee Expense (not including payroll)** | **112,458.80** | **105,775.25** | **6,683.55** |
| Equipment Rental | 250,136.10 | 193,508.86 | 56,627.24 |
| Insurance Expense | | | |
| Business Insurance | 227,472.79 | 55,172.17 | 172,300.62 |
| Life Insurance (Officers) | 1,311.63 | 2,186.99 | -875.36 |
| Vehicle Insurance | 18,484.83 | 52,172.95 | -33,688.12 |
| **Total Insurance Expense** | **247,269.25** | **109,532.11** | **137,737.14** |
| Interest Expense | 97,534.20 | 68,779.18 | 28,755.02 |
| Legal & Professional Services | | 270.62 | -270.62 |
| Accounting | 38,016.52 | 63,233.75 | -25,217.23 |
| Legal | 10,607.15 | 4,100.73 | 6,506.42 |
| Other | 202.50 | 1,002.52 | -800.02 |
| **Total Legal & Professional Services** | **48,826.17** | **68,607.62** | **-19,781.45** |
| Meals and Entertainment | | | |
| Business Meals | 1,614.69 | 3,823.94 | -2,209.25 |
| Entertainment | 163.66 | 1,310.26 | -1,146.60 |
| Staff Meals | 2,144.35 | 4,860.74 | -2,716.39 |
| **Total Meals and Entertainment** | **3,922.70** | **9,994.94** | **-6,072.24** |

# Auto House Inc

## Profit and Loss

January - December 2024

| | TOTAL | | |
| --- | --- | --- | --- |
| | JAN - DEC 2024 | JAN - DEC 2023 (PY) | CHANGE |
| Office Expense | | 19,288.67 | -19,288.67 |
| Dues & Subscription | 57,009.15 | 29,171.70 | 27,837.45 |
| Meeting Expenses | 589.77 | 379.87 | 209.90 |
| Office Supplies | 46,963.27 | 49,044.29 | -2,081.02 |
| Postage & Shipping | 1,878.11 | 2,248.76 | -370.65 |
| **Total Office Expense** | **106,440.30** | **100,133.29** | **6,307.01** |
| Rent Expense | | | |
| Rent Expense - Hillsboro | 7,500.00 | 4,500.00 | 3,000.00 |
| Rent Expense Main | | 2,400.00 | -2,400.00 |
| **Total Rent Expense** | **7,500.00** | **6,900.00** | **600.00** |
| Repairs and Maintenance - Building | 25,286.74 | 26,227.72 | -940.98 |
| Shop Supplies | 75,153.73 | 115,331.65 | -40,177.92 |
| Small Tools and Equipment | 3,833.91 | | 3,833.91 |
| Taxes & Licenses | 52,258.25 | 101,788.79 | -49,530.54 |
| Training Business | 4,144.50 | 1,064.58 | 3,079.92 |
| Travel Expense | | 15,894.63 | -15,894.63 |
| Airfare | 2,060.91 | 1,522.17 | 538.74 |
| Lodging | 842.89 | 951.03 | -108.14 |
| Transportation | 2,599.31 | 1,019.03 | 1,580.28 |
| **Total Travel Expense** | **5,503.11** | **19,386.86** | **-13,883.75** |
| Unapplied Cash Bill Payment Expense | 0.00 | 0.00 | 0.00 |
| Utilities | | 2,751.44 | -2,751.44 |
| Galva | 36,054.65 | 44,370.72 | -8,316.07 |
| Gas Service | 3,502.00 | 1,298.06 | 2,203.94 |
| Hillsboro Utilities | 340.49 | 467.51 | -127.02 |
| Hutchinson Office | | 38.01 | -38.01 |
| Phones & Internet | 13,857.10 | 7,354.82 | 6,502.28 |
| Trash & Recycling | 6,097.18 | 4,798.98 | 1,298.20 |
| Water & Sewer | 7,165.41 | 606.00 | 6,559.41 |
| **Total Utilities** | **67,016.83** | **61,685.54** | **5,331.29** |
| **Total Expenses** | **$1,597,352.88** | **$1,559,863.57** | **$37,489.31** |
| NET OPERATING INCOME | $ -839,548.69 | $ -732,840.55 | $ -106,708.14 |
| Other Income | | | |
| Gain/Loss Fixed Assets | 234,797.18 | 62,980.56 | 171,816.62 |
| Interest Earned | | | |
| FSB-502847 | 8.52 | 226.75 | -218.23 |
| MKCU-10850-1 | 0.44 | 1.12 | -0.68 |
| **Total Interest Earned** | **8.96** | **227.87** | **-218.91** |
| Late Fee Income | 569.27 | | 569.27 |

# Auto House Inc

## Profit and Loss

### January - December 2024

| | TOTAL | | |
| --- | --- | --- | --- |
| | JAN - DEC 2024 | JAN - DEC 2023 (PY) | CHANGE |
| Other Income | 4,384.56 | | 4,384.56 |
| **Total Other Income** | **$239,759.97** | **$63,208.43** | **$176,551.54** |
| Other Expenses | | | |
| Ask My Accountant | 0.00 | 0.00 | 0.00 |
| **Total Other Expenses** | **$0.00** | **$0.00** | **$0.00** |
| NET OTHER INCOME | $239,759.97 | $63,208.43 | $176,551.54 |
| NET INCOME | $ -599,788.72 | $ -669,632.12 | $69,843.40 |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning , ending

| | | | | |
|---|---|---|---|---|
| **A** S election effective date **05/08/05** | **TYPE** | Name **AUTO HOUSE, INC.** | | **D** Employer identification number **20-3869491** |
| **B** Business activity code number (see instructions) **488410** | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. **PO BOX 488** | | **E** Date incorporated **05/08/2005** |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code **GALVA          KS 67443** | | **F** Total assets (see instructions) $ **2,395,135** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . **4**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales **2,302,857** **b** Less Returns and allowances | **c** Balance | **1c** | **2,302,857** |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | **2,302,857** |
| **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | **62,980** |
| **5** Other income (loss) (see instructions—attach statement) | | **5** | |
| **6** Total income (loss). Add lines 3 through 5 | | **6** | **2,365,837** |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| **7** Compensation of officers (see instructions–attach Form 1125-E) | **7** | **253,840** |
| **8** Salaries and wages (less employment credits) | **8** | **660,512** |
| **9** Repairs and maintenance | **9** | **119,314** |
| **10** Bad debts | **10** | |
| **11** Rents | **11** | **200,409** |
| **12** Taxes and licenses | **12** | **176,449** |
| **13** Interest (see instructions) | **13** | **68,779** |
| **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | **395,117** |
| **15** Depletion (Do not deduct oil and gas depletion.) | **15** | |
| **16** Advertising | **16** | **37,402** |
| **17** Pension, profit-sharing, etc., plans | **17** | |
| **18** Employee benefit programs | **18** | |
| **19** Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| **20** Other deductions (attach statement)          SEE STMT 1 | **20** | **1,133,480** |
| **21** Total deductions. Add lines 7 through 20 | **21** | **3,045,302** |
| **22** Ordinary business income (loss). Subtract line 21 from line 6 | **22** | **-679,465** |

### Tax and Payments

| | | | |
|---|---|---|---|
| **23a** Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | |
| **b** Tax from Schedule D (Form 1120-S) | **23b** | | |
| **c** Add lines 23a and 23b (see instructions for additional taxes) | | **23c** | |
| **24a** Current year's estimated tax payments & preceding year's overpayment credited to the current year | **24a** | | |
| **b** Tax deposited with Form 7004 | **24b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | |
| **d** Elective payment election amount from Form 3800 | **24d** | | |
| **z** Add lines 24a through 24d | | **24z** | |
| **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached | | **25** | |
| **26** Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| **27** Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| **28** Enter amount from line 27: **Credited to 2024 estimated tax** **Refunded** | | **28** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

Signature of officer **GALEN UNRUH**     Date     Title **PRESIDENT**

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| **JUSTIN KAUFMAN, CPA** | **JUSTIN KAUFMAN, CPA** | **04/01/25** | ☐ | **P01632850** |

Firm's name **SWINDOLL, JANZEN, HAWK & LOYD, LLC**     Firm's EIN **48-1041128**

Firm's address **123 S. MAIN ST., PO BOX 1337**
**MCPHERSON, KS          67460-1337**     Phone no. **620-241-1826**

For Paperwork Reduction Act Notice, see separate instructions.     Form **1120-S** (2023)

DAA

Form 1120-S (2023)   **AUTO HOUSE, INC.**                    20-3869491                    Page 2

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a [X] Cash   b [ ] Accrual | | |
| | c [ ] Other (specify) ......... | | |
| 2 | See the instructions and enter the: | | |
| | a Business activity **AUTO TOWING & REPAIR**   b Product or service **AUTO TOWING & REPAIR** | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a | | |
| | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation .......... | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any | | |
| | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) | | |
| | below ........ | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or | | |
| | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a | | |
| | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ......... | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? .......... | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock ......... | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? .......... | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ......... | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ......... | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide | | |
| | information on any reportable transaction? ......... | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ......... [ ] | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount | | |
| | Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a | | |
| | basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** | | |
| | **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in | | |
| | gain reduced by net recognized built-in gain from prior years. See instructions ......... $ ......... | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business | | |
| | in effect during the tax year? See instructions ......... | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions ......... | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
| | preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? ......... | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2023)

| Form 1120-S (2023) | AUTO HOUSE, INC. | 20-3869491 | | Page 3 |
|---|---|---|---|---|

## Schedule B  Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ............................................ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions .............. | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ............................................ | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ............................................ $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -679,465 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | 23,340 |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | 228 |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)      Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions      SEE STMT 2 | 12a | 3,354 |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures      Type: | 12c | |
| | d | Other deductions (see instructions)      Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)      Type: | 13d | |
| | e | Other rental credits (see instructions)      Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)      Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | -2,761 |
| | b | Adjusted gain or loss | 15b | -4,999 |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 10,393 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 33,234 |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2023)

Form 1120-S (2023)   **AUTO HOUSE, INC.**                    20-3869491                    Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | **17a** | 228 |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)   SEE STATEMENT 3 | | |
| **Recon-ciliation** | **18** Income (loss) reconciliation. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | -659,251 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 138,029 | | 0 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 4 | | 17,677 | | 15,023 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 4,916,941 | | 4,957,702 | |
| b | Less accumulated depreciation | 2,479,537 | 2,437,404 | 2,768,805 | 2,188,897 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | 183,243 | | 183,243 |
| 13a | Intangible assets (amortizable only) | 8,285 | | 8,285 | |
| b | Less accumulated amortization | 1,899 | 6,386 | 2,313 | 5,972 |
| 14 | Other assets (attach statement) STMT 5 | | 0 | | 2,000 |
| 15 | Total assets | | 2,782,739 | | 2,395,135 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) STMT 6 | | 758,242 | | 1,077,426 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,239,892 | | 2,235,982 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 2,000 | | 2,000 |
| 23 | Additional paid-in capital | | 253,809 | | 253,809 |
| 24 | Retained earnings | | -471,204 | | -1,174,082 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 2,782,739 | | 2,395,135 |

Form **1120-S** (2023)

DAA

Form 1120-S (2023) **AUTO HOUSE, INC.**                    20-3869491                    **Page 5**

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -669,644 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $          8,206 | | | | |
| | STMT 7          2,187 | 10,393 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -659,251 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -659,251 |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -471,204 | | | |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions                STMT 8 | 23,568 | | | |
| 4 | Loss from page 1, line 22 | ( 679,465) | | | |
| 5 | Other reductions                STMT 9 | 13,747 | | | ( ) |
| 6 | Combine lines 1 through 5 | -1,140,848 | | | |
| 7 | Distributions | 33,234 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -1,174,082 | | | |

Form **1120-S** (2023)

Case 25-20726    Doc# 1    Filed 05/31/25    Page 52 of 84

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | **(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))** | **2023** |
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** Go to *www.irs.gov/Form4797* for instructions and the latest information. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| AUTO HOUSE, INC. | 20-3869491 |

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions ......................... **1a**

**b** Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets ........................................ **1b**

**c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets ........................................ **1c**

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 ............................................... | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 ................... | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ................... | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft ........................ | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 0 |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions ................ | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions ........................ | **9** | |

### Part II — Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 ........................................... | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable ........................ | **12** | |
| **13** | Gain, if any, from line 31 ........................................... | **13** | 62,980 |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a ............................ | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 ................... | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 ..................... | **16** | |
| **17** | Combine lines 10 through 16 ........................................ | **17** | 62,980 |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions ..................... **18a**

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 ..................................... **18b**

For Paperwork Reduction Act Notice, see separate instructions.                                      Form **4797** (2023)

DAA

Form 4797 (2023) AUTO HOUSE, INC.                           20-3869491                    Page **2**

**Part III**   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19 | **(a)** Description of section 1245, 1250, 1252, 1254, or 1255 property: | | | | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) |
|---|---|---|---|---|---|---|
| **A** | 2019 CHEVY 6500 (UNIT 106) | | | | 08/15/19 | 01/12/23 |
| **B** | 2020 MAXXD TRAILER (UNIT 109) | | | | 09/14/19 | 12/20/23 |
| **C** | | | | | | |
| **D** | | | | | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: *See line 1a before completing.*) | 20 | 65,014 | 11,748 | | |
| 21 | Cost or other basis plus expense of sale | 21 | 97,255 | 22,376 | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 86,051 | 19,798 | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 11,204 | 2,578 | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 53,810 | 9,170 | | |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 86,051 | 19,798 | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 53,810 | 9,170 | | |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975. See instructions | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a. See instructions | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | | 30 | 62,980 |
|---|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | | 31 | 62,980 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | | 32 | 0 |

**Part IV**   Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | **(a)** Section 179 | **(b)** Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **4797** (2023)

DAA

Case 25-20726   Doc# 1   Filed 05/31/25   Page 54 of 84

| Form **8825**<br>(Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Rental Real Estate Income and Expenses of a<br>Partnership or an S Corporation**<br>▶ Attach to Form 1065 or Form 1120S.<br>▶ Go to *www.irs.gov/Form8825* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| AUTO HOUSE, INC. | 20-3869491 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | COMMERCIAL BUILDING<br>245 W HWY 56<br>GALVA          KS  67443 | 4<br>COMMERCIAL | 365 | 0 |
| B | | | | |
| C | | | | |
| D | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Rental Real Estate Income** | | | | | |
| 2 | Gross rents | 2 | 23,340 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest (see instructions) | 9 | | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ | 15 | | | | |
| 16 | Total expenses for each property.<br>Add lines 3 through 15 | 16 | | | | |
| 17 | Income or (loss) from each property.<br>Subtract line 16 from line 2 | 17 | 23,340 | | | |

| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 23,340 |
|---|---|---|---|
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed.

| **(1)** Name | **(2)** Employer identification number |
|---|---|
| | |
| | |

| 21 | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>● **Form 1065** or **1120S:** Schedule K, line 2 | 21 | 23,340 |
|---|---|---|---|

For Paperwork Reduction Act Notice, see instructions.                                                                                      Form **8825** (Rev. 11-2018)
DAA

671121

| | Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
**2023**
For calendar year 2023, or tax year
Department of the Treasury
Internal Revenue Service

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**    See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | -135,893 | | |
| 2 * | Net rental real estate income (loss) | | |
| | 4,668 | | |
| 3 | Other net rental income (loss) | | |
| | | | |
| 4 | Interest income | | |
| | 46 | | |
| 5a | Ordinary dividends | | |
| | | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ☐ |
| | | | |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| | | A | -552 |
| 7 | Net short-term capital gain (loss) | | |
| | | B | -1,000 |
| 8a | Net long-term capital gain (loss) | | |
| | | | |
| 8b | Collectibles (28%) gain (loss) | | |
| | | | |
| 8c | Unrecaptured section 1250 gain | | |
| | | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| | | C* | STMT |
| 10 | Other income (loss) | | |
| | | D | 6,647 |
| | | 17 | Other information |
| | | A | 46 |
| 11 | Section 179 deduction | | |
| | | V* | STMT |
| 12 | Other deductions | | |
| A | 671 | AC* | STMT |
| | | ZZ* | STMT |

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
20-3869491

**B** Corporation's name, address, city, state, and ZIP code
AUTO HOUSE, INC.

PO BOX 488
GALVA          KS   67443

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year .................... 100
End of tax year .................... 100

**Part II    Information About the Shareholder**

**E** Shareholder's identifying number
███-9175

**F** Shareholder's name, address, city, state, and ZIP code
GALEN L UNRUH
245 W. HWY 56

GALVA          KS   67443

**G** Current year allocation percentage .................... 20.000000 %

**H** Shareholder's number of shares
Beginning of tax year .................... 20
End of tax year .................... 20

**I** Loans from shareholder
Beginning of tax year .................... $ 0
End of tax year .................... $ 0

For IRS Use Only

| 18 | More than one activity for at-risk purposes* |
|---|---|
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**671121**

| | Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
**2023**
For calendar year 2023, or tax year

Department of the Treasury
Internal Revenue Service

beginning _____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
See separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
20-3869491

**B** Corporation's name, address, city, state, and ZIP code
AUTO HOUSE, INC.

PO BOX 488
GALVA          KS    67443

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares

Beginning of tax year .................... 100

End of tax year .......................... 100

### Part II — Information About the Shareholder

**E** Shareholder's identifying number
███-5738

**F** Shareholder's name, address, city, state, and ZIP code
SHARON R UNRUH
245 W. HWY 56

GALVA          KS    67443

**G** Current year allocation percentage ............. 20.000000 %

**H** Shareholder's number of shares

Beginning of tax year ................. 20

End of tax year ....................... 20

**I** Loans from shareholder

Beginning of tax year ........... $ _____ 0

End of tax year .................. $ _____ 0

For IRS Use Only

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −135,893 | 13 | Credits |
| 2 | Net rental real estate income (loss) 4,668 | | |
| * | | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 46 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked .................. ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| | | A | −552 |
| 7 | Net short-term capital gain (loss) | B | −1,000 |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | 16 | Items affecting shareholder basis |
| 8c | Unrecaptured section 1250 gain | C* | STMT |
| 9 | Net section 1231 gain (loss) | D | 6,647 |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| | | A | 46 |
| 11 | Section 179 deduction | V* | STMT |
| 12 | Other deductions A 671 | AC* | STMT |
| | | ZZ* | STMT |

| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

671121

| | Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning [ ]  ending [ ]

**Shareholder's Share of Income, Deductions, Credits, etc.** See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| # | Item | | |
|---|------|---|---|
| 1 | Ordinary business income (loss) **−203,840** | 13 | Credits |
| 2 ★ | Net rental real estate income (loss) **7,002** | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income **68** | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . ☐ |
| 6 | Royalties | 15 **A** | Alternative minimum tax (AMT) items **−829** |
| 7 | Net short-term capital gain (loss) | **B** | **−1,500** |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 **C★** | Items affecting shareholder basis **STMT** |
| 10 | Other income (loss) | **D** | **9,970** |
| | | 17 **A** | Other information **68** |
| 11 | Section 179 deduction | **V★** | **STMT** |
| 12 **A** | Other deductions **1,006** | **AC★** | **STMT** |
| | | **ZZ★** | **STMT** |

**Part I  Information About the Corporation**

**A** Corporation's employer identification number
20-3869491

**B** Corporation's name, address, city, state, and ZIP code
AUTO HOUSE, INC.

PO BOX 488
GALVA          KS   67443

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . . . . . . . . . . . .  100
End of tax year . . . . . . . . . . . . . . . . . . . . . . .  100

**Part II  Information About the Shareholder**

**E** Shareholder's identifying number
[ ]-4408

**F** Shareholder's name, address, city, state, and ZIP code
CHRISTOPHER UNRUH
321 WESTVIEW

GALVA          KS   67443

**G** Current year allocation percentage . . . . . . . . . . .  30.000000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . . . . . . . . . .  30
End of tax year . . . . . . . . . . . . . . . . . . . . .  30

**I** Loans from shareholder
Beginning of tax year . . . . . . . . . . . . $  0
End of tax year . . . . . . . . . . . . . . . $  0

For IRS Use Only

| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**671121**

|  | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

| **Schedule K-1** **(Form 1120-S)** | **2023** |
|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2023, or tax year |

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | Part III | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -203,839 | 13 | Credits | |
| 2* | Net rental real estate income (loss) 7,002 | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income 68 | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . . . . . . . . . . . ☐ | |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items A -828 | |
| 7 | Net short-term capital gain (loss) | | B -1,499 | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis C* STMT | |
| 10 | Other income (loss) | | D 9,970 | |

## Part I — Information About the Corporation

**A** Corporation's employer identification number
20-3869491

**B** Corporation's name, address, city, state, and ZIP code
AUTO HOUSE, INC.

PO BOX 488
GALVA            KS   67443

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
| Beginning of tax year | 100 |
| End of tax year | 100 |

## Part II — Information About the Shareholder

**E** Shareholder's identifying number
____-9371

**F** Shareholder's name, address, city, state, and ZIP code
ERIC UNRUH
245 W. HIGHWAY 56

GALVA            KS   67443

**G** Current year allocation percentage ............. 30.000000 %

**H** Shareholder's number of shares
| Beginning of tax year | 30 |
| End of tax year | 30 |

**I** Loans from shareholder
| Beginning of tax year | $ 0 |
| End of tax year | $ 0 |

| 11 | Section 179 deduction | 17 | Other information A 68 |
|---|---|---|---|
| | | | V* STMT |
| 12 | Other deductions A 1,006 | | AC* STMT |
| | | | ZZ* STMT |

| 18 | More than one activity for at-risk purposes* |
|---|---|
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

For IRS Use Only

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
**AUTO HOUSE, INC.**

Employer identification number
**20-3869491**

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 **GALEN UNRUH** | 9175 | 20.000 % | 20.000 % | % | 48,500 |
| **SHARON UNRUH** | 5738 | 80.000 % | 20.000 % | % | 69,146 |
| **CHRISTOPHER UNRUH** | 4408 | 100.000 % | 30.000 % | % | 50,852 |
| **ERIC UNRUH** | 9371 | 100.000 % | 30.000 % | % | 85,342 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers | **2** | 253,840 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | 253,840 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

DAA

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) Attach to your tax return. Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 **2023** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| AUTO HOUSE, INC. | 20-3869491 |

Business or activity to which this form relates

REGULAR DEPRECIATION

### Part I  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 55,957 |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 254,538 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

#### Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 160,392 | 5.0 | MQ | 200DB | 35,303 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 49,319 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 395,117 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.                                        Form **4562** (2023)

DAA

AUTO HOUSE, INC.       20-3869491

Form 4562 (2023)                                                            Page 2

**Part V**    **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a | Do you have evidence to support the business/investment use claimed? | | | **X** Yes | No | 24b | If "Yes," is the evidence written? | | | **X** Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 | Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | 25 | | |
| 26 | Property used more than 50% in a qualified business use: | | | | | | | |
| SEE STATEMENT 10 | | % | 232,894 | 220,742 | | | 49,319 | |
| | | % | | | | | | |
| 27 | Property used 50% or less in a qualified business use: | | | | | | | |
| | | % | | | S/L- | | | |
| | | % | | | S/L- | | | |
| 28 | Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | 49,319 | |
| 29 | Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | 29 | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**    **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 | Amortization of costs that begins during your 2023 tax year (see instructions): | | | | |
| | | | | | |
| | | | | | |
| 43 | Amortization of costs that began before your 2023 tax year | | | 43 | 414 |
| 44 | **Total.** Add amounts in column (f). See the instructions for where to report | | | 44 | 414 |

DAA                                                              Form **4562** (2023)

| Form **8925** | Report of Employer-Owned Life Insurance Contracts | OMB No. 1545-2089 |
|---|---|---|
| (Rev. September 2017)<br>Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to the policyholder's tax return—See instructions.<br>▶ Go to *www.irs.gov/Form8925* for the latest information. | Attachment<br>Sequence No. **160** |

| Name(s) shown on return<br>**AUTO HOUSE, INC.** | Identifying number<br>**20-3869491** |
|---|---|
| Name of policyholder, if different from above | Identifying number, if different from above |

Type of business
**AUTO TOWING & REPAIR**

| | | | |
|---|---|---|---|
| **1** | Enter the number of employees the policyholder had at the end of the tax year | **1** | **44** |
| **2** | Enter the number of employees included on line 1 who were insured at the end of the tax year under the policyholder's employer-owned life insurance contract(s) issued after August 17, 2006. See *Section 1035 exchanges* on page 2 for an exception | **2** | **2** |
| **3** | Enter the total amount of employer-owned life insurance in force at the end of the tax year for employees who were insured under the contract(s) specified on line 2 | **3** | |
| **4a** | Does the policyholder have a valid consent for each employee included on line 2? See instructions      X Yes   No | | |
| **b** | If "No," enter the number of employees included on line 2 for whom the policyholder does not have a valid consent | **4b** | |

For Paperwork Reduction Act Notice, see instructions.
DAA

Form **8925** (Rev. 9-2017)

Fill in this information to identify the case:

Debtor name     Auto House, Inc.

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)     _____

☐ Check if this is an
   amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:     Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $1,432,009.00 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other  _____ | $2,284,482.00 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other  _____ | $2,302,857.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Kenworth | April 2025 | $125,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Debtor paid Kenworth $125,000 as a partial payment as a partial payment of the debt owed to AHT Transport, LLC.  The debt with Kenworth was owed by AHT Transport, LLC |
| 3.2.  To Be Provided | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  The Debtor will file an amendment to its Statement of Financial Affairs once it is able to complete its research. |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | Filing Fee & Attorney Fees | 5/08/2025 - $15,000.00 5/30/2025 - $1,738.00 | $16,738.00 |
| | **Email or website address** emlawkc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Eric Lomas<br>301 North Main Street<br>Wichita, KS 67202 | | 7/03/2024 | $330.00 |
| | **Email or website address**<br>klendalaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Eric Unruh | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

## 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| AHT Tranport, LLC 67443 | 245 West Highway 56 Galva, KS 67443 | Trucks & Trailers are Parked on the Property | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Kansas Environmental Cleanup, LLC Garden City, MO | 245 West Highway 56 Galva, KS 67443 | Trucks & Trailers are Parked on the Property | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Auto Recovery Solutions, LLC Garden City, MO | 245 West Highway 56 Galva, KS 67443 | Trucks & Trailers are Parked on the Property | Unknown |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  AHT Transport, LLC<br>321 Westview<br>Galva, KS 67443 | Trucking | **EIN:**  82-3631112<br>**From-To**  2017 to present |
| 25.2.  Kansas Environmental Cleanup, LLC | Environmental Cleanup | **EIN:**  82-3631299<br>**From-To**  2017 to present |
| 25.3.  Auto Recovery Solutions, LLC | Auto Repossession | **EIN:**  92-0767136<br>**From-To**  2017 to present |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

Case 25-20726    Doc# 1    Filed 05/31/25    Page 69 of 84

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Swindoll Janzen Hawk & Lloyd 123 South Main Street McPherson, KS 67460 | 2018 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Swindoll Janzen Hawk & Lloyd 123 South Main Street McPherson, KS 67460 | 2018 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Swindoll Janzen Hawk & Lloyd 123 South Main Street McPherson, KS 67460 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chris Unruh | 321 Westview Galva, KS 67443 | | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Unruh | 245 1/2 West Highway 56 Galva, KS 67443 | Vice President | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Galen Unruh | 245 1/2 West Highway 56 Galva, KS 67443 | | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sharon Unruh | 245 1/2 West Highway 56<br>Galva, KS 67443 | | 20% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Chris Unruh<br>321 Westview<br>Galva, KS 67443 | $50,943.98 - 2024<br>$18,975.00 - 2025 through present | 2024 through present | Salary / W2 Income |
| | **Relationship to debtor**<br>Shareholder | | | |
| 30.2. | Eric Unruh<br>245 1/2 West Highway 56<br>Galva, KS 67443 | $61,359.57 - 2024<br>$25,119.16 - 2025 through present | 2024 through present | Salary / W2 Income |
| | **Relationship to debtor**<br>Shareholder | | | |
| 30.3. | Galen Unruh<br>245 1/2 West Highway 56<br>Galva, KS 67443 | $42,115.45 - 2024<br>$12,692.35 - 2025 through present | 2024 through present | Salary / W2 Income |
| | **Relationship to debtor**<br>Shareholder | | | |
| 30.4. | Sharon Unruh<br>245 1/2 West Highway 56<br>Galva, KS 67443 | $48,474.44 - 2024<br>$12,692.35 - 2025 through present | 2024 through present | Salary / W2 Income |
| | **Relationship to debtor**<br>Shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 31, 2025

/s/ Eric Unruh                         Eric Unruh
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re    Auto House, Inc.                 Case No. _____

                           Debtor(s)         Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | Hourly |

2. $ __1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   [✓] Debtor     [ ] Other (specify):

4. The source of compensation to be paid to me is:

   [✓] Debtor     [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____

_Date_

     /s/ Colin N. Gotham
Colin Gotham KS#19538; MO#52343
_Signature of Attorney_
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700  Fax: (913) 962-8701
cgotham@emlawkc.com
_Name of law firm_

---

ACG Equipment Finance
9436 Hamilton Drive
Mentor, OH 44060


Advance Insurance Company of Kansas
PO Box 2517
Topeka, KS 66601-2517


AF Welding & Manufacturing LLC
101 Industrial Drive
PO Box
Inman, KS 67546


AG Power Inc / Car Quest
603 Orchard Drive
Hillsboro, KS 67063


AHT Tranport, LLC
245 West Highway 56
Galva, KS 67443


AHT Transport
245 West Highway 56
Galva, KS 67443


AHT Transport, LLC
245 West Highway 56
Galva, KS 67443


Ally Financial
PO Box 380901
Minneapolis, MN 55438


American Bank, NA
PO Box 342573
Austin, TX 78734


Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


Auto House Collision & Towing, LLC
245 West Highway 56
Galva, KS 67443

Auto House Real Properties, LLC
245 West Highway 56
Galva, KS 67443


Auto House Towing & Recovery, LLC
245 West Highway 56
Galva, KS 67443


AutoZone Store 01620
2068 East Kansas Avenue
McPherson, KS 67460


Bank Card Center
PO Box 31535
Tampa, FL 33631


Bishop Lifiting
1775 South West Street
Wichita, KS 67213


Blue Bridge Financial
11921 Freedom Drive
Suite 1130
Reston, VA 20190


BlueCross BlueShield
BCBS of Kansas
PO Box 1402
Topeka, KS 66601


Chris Unruh
321 Westview
Galva, KS 67443


Colonial Life
PO Box 903
Columbia, SC 29202-0903


DEERE & COMPANY
One John Deere Place
Moline, IL 61265

Donovan Auto & Trucking Center
5800 West Kellogg
PO Box 12710
Wichita, KS 67277-2710


Eric Unruh
245 1/2 West Highway 56
Galva, KS 67443


FleetPride
PO Box 847118
Dallas, TX 75284-7118


Freightliner Truck Center
2552 North 9th Street
Salina, KS 67401


Galen Unruh
245 1/2 West Highway 56
Galva, KS 67443


Galva Tire & Auto
235 West Highway 56
PO Box 265
Galva, KS 67443


Globe Life
Attn: LM Worksite Billing Dept
PO Box 248889-73124
Oklahoma City, OK 73124-8889


Graber's Ace
319 North Main Street
PO Box 1014
McPherson, KS 67460


GTG Peterbilt
11118 West Kellogg Drive
Wichita, KS 67209


Hampel Oil
PO Box 875477
Kansas City, MO 64187-5477

Headway Capital
175 West Jackson Blvd.
Suite 1000
Chicago, IL 60604


Inland Truck Parts Company
2300 North 9th Street
Salina, KS 67401


John Deere Credit
6400 NW 86th Street
Johnston, IA 50131


Kansas Environmental Clean-Up, LLC
245 West Highway 56
Galva, KS 67443


Kansasland Tire and Service
684 South Broadway
Salina, KS 67401


Lampton Welding Supply Co. Inc
PO Box 765
Wichita, KS 67201


Lytx, Inc.
9785 Towne Centre Drive
San Diego, CA 92121


MHC Kenworth
2301 North Ohio Street
Salina, KS 67401


Midway Motors
PO Box 966
2075 East Kansas Avenue
McPherson, KS 67460


Naftali Nathan Wein
Wein Law Firm
333 Pearsall Avenue, Suite 130
Cedarhurst, NY 11516

NewLane Finance Company
123 South Broad Street
Philadelphia, PA 19109-1000


Northland Capital
333 33rd Avenue South
Saint Cloud, MN 56301


O'Riley Auto Parts Store 284
1101 East 30th
Hutchinson, KS 67502


Professional Cleaning Systems, Inc.
PO Box 63
Hillsboro, KS 67063


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Reach Solutions
PO Box 485
McPherson, KS 67460


Rose Motor Supply
109 East Sherman
Hutchinson, KS 67501


Rush Truck Center
1944A North 9th Street
Salina, KS 67401


Sharon Unruh
245 1/2 West Highway 56
Galva, KS 67443


Sherffield Financial
PO Box 580229
Charlotte, NC 28258-0229


Sherffield Financial
6010 Golding Center Drive
Winston Salem, NC 27103

Small Business Admin
District Counsel
220 W Douglas Avenue
Suite 450
Wichita, KS 67202


Small Business Administration
District Counsel
Richard Bolling Federal Bldg
601 E 12th St Room 965
Kansas City, MO 64106


Stewart's Sports & Awards
117 North Main Street
McPherson, KS 67460


The Marion National Bank
302 East Main Street
Marion, KS 66861


The Santa Fe Way
PO Box 68
Gypsum, KS 67448


UniFirst Corporation
PO Box 650481
Dallas, TX 75265-0481


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City, MO 64106


Velocity Capital Group, LLC
333 Pearsall Avenue
Cedarhurst, NY 11516


Wetlands Irrigation & Turf, LLC
2095 Indutrial Drive
Galva, KS 67443

WKI Wichita Kenworth
5115 North Broadway
Wichita, KS 67219


Zips Truck Equipment Inc.
PO Box 511
316 West Milwaukee
New Hampton, IA 50659

# United States Bankruptcy Court
### District of Kansas

In re   Auto House, Inc.

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 31, 2025

/s/ Eric Unruh

Eric Unruh/Vice President
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  Auto House, Inc.

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chris Unruh<br>321 Westview<br>Galva, KS 67443 | | 30% | |
| Eric Unruh<br>245 West Highway 56<br>Galva, KS 67443 | | 30% | |
| Galen Unruh<br>245 1/2 West Highway 56<br>Galva, KS 67443 | | 20% | |
| Sharon Unruh<br>245 1/2 West Highway 56<br>Galva, KS 67443 | | 20% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 31, 2025

Signature  /s/ Eric Unruh

Eric Unruh

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re    Auto House, Inc.

                                    Debtor(s)

Case No. \
Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Auto House, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 31, 2025

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for    Auto House, Inc.

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200 \
Shawnee, KS 66217 \
(913) 962-8700 Fax:(913) 962-8701 \
cgotham@emlawkc.com